UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1 ROBERT SHELDON MOLINA,

    Defendant.

Criminal Case No.: 13-20260
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against Robert Sheldon Molina.

**IT IS HEREBY ORDERED** that the Indictment and arrest warrant against the defendant be dismissed without prejudice, and that the defendant's appearance bond, if any, be canceled.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan  
                                        Case Manager  
                                        (313) 234-5126